11089482
3.80
3/10/10

JOHN H. RING, III
ATTORNEY AT LAW
385 CLEVELAND DRIVE
BUFFALO, NEW YORK 14215

TEL: (716) 831-1994

March 8, 2010

U.S. Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202-2501

    Re:    Ned J. LaMarti/Lisa M. LaMarti
            fka Lisa Lang
            Bk. No. 07-00587K

Dear Sir/Madam:

    Enclosed herewith please find the Claims Distribution of Small Checks report in regards to the above captioned matter. The distribution to creditors referenced on said report is below $5.00, therefore, I am enclosing the Bankruptcy Estate of Ned J. LaMarti/Lisa M. LaMarti's check no. 112 in the amount of $3.80 which represents payment of the following claims:

    1.    Claim No. 10    National Grid    $3.80
                                   300 Erie Blvd. W.
                                   Bankruptcy Team C-3
                                   Syracuse, NY 13202

    If you have any questions or problems, please feel free to contact the undersigned. Thank you for your courtesy and cooperation in this matter.

                                   Very truly yours,

                                   **JOHN H. RING, III**

JHR/pls
Enc.



FILED
MAR 10, 2010
BANKRUPTCY COURT
BUFFALO, N.Y.

# Claims Distribution Small Checks

Trustee: JOHN H. RING, III (520550)

Case: 07-00587 - LAMARTI, NED J.

| Account No. | Check No. | Issued | Claim No. | Filed | Payee: Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 31219885266 | 112 | 03/08/10 | 10 | 02/19/08 | 610 | U.S. Bankruptcy Court, WDNY National Grid 300 Erie Blvd W Bankruptcy Team C-3 Syracuse, NY 13202 | 154.25 | 154.25 | 3.80 | 3.80 |

Check Amount: $3.80

(*) Denotes objection to Amount Filed